UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

STEPHEN RICHARDS,

    Plaintiff,

v.                                                COMPLAINT
                                                     Case Number: 25-1474

CENTRIC MANUFACTURING
SOLUTIONS, INC.,

    Defendant.

Plaintiff, Stephen Richards, through his attorneys, Alan C. Olson & Associates, s.c., by Alan C. Olson, alleges in this Complaint and shows to the Court as follows:

### NATURE OF THE CASE

1. Plaintiff alleges that Defendant, Centric Manufacturing Solutions, Inc., violated the Employee Retirement Income Security Act of 1974, ("ERISA") [29 U.S.C. §1001 *et. seq.*] by discharging him from employment because of the cost of his medical treatment, the corresponding cost to insure him, and for purposes of interfering with his welfare benefits.

### JURISDICTION AND VENUE

2. Jurisdiction over Plaintiff's claims under the ERISA is conferred on this Court by 28 U.S.C. § 1331.

3. The Eastern District of Wisconsin is the proper federal venue for this action pursuant to 28 U.S.C. §1391, because the Defendant is found in the Eastern District of Wisconsin and the unlawful actions occurred in the Eastern District of Wisconsin.

### CONDITIONS PRECEDENT

4. All conditions precedent to this action within the meaning of Rule 9(c),

Fed.R.Civ.Pro., have been performed or have otherwise occurred.

## PARTIES

5. Plaintiff, Stephen Richards ("Richards"), is an adult who resides at 3624 Kacin Court, Richfield, WI 53076.

6. Defendant, Centric Manufacturing Solutions, Inc. ("CMS"), is a company incorporated under the laws of the State of Illinois, engaged in the distribution of machine tools, with its registered agent located in Illinois, and business offices located at 2312 LaMirada Drive, Vista, CA 92081.

## OPERATIVE FACTS

7. Richards began his employment with CMS in August 2010 as the Sales Director and worked remotely from his home.

8. CMS provided Richards with the welfare benefit of health insurance as a part of his compensation package.

9. Richards performed his job as Sales Director to the reasonable expectations of CMS.

10. Richards was diagnosed with kidney cancer in or around March 2024.

11. Richards made substantial claims against his health insurance policy, as an ERISA welfare benefit, for his cancer in 2024 and 2025.

12. CMS became aware of Richards' health insurance claims to an ERISA welfare benefit.

13. Upon information and belief, Richards' health insurance claims to an ERISA welfare benefit in 2024 and 2025 caused an increase in CMS's health insurance premiums.

14. During March 2025, one of CMS's owners complained to Richards about the high cost of medical insurance premiums that CMS was incurring and asked Richards to select a

different health insurance provider.

15. CMS was motivated to terminate Richards' employment on July 12, 2025, due to his large health insurance claims to an ERISA welfare benefit, because the claims could cause an increase in the premiums CMS paid for its employees' ongoing health insurance coverage, and also because CMS wanted to avoid ongoing claims by Richards against the health insurance plan as an ERISA welfare benefit.

16. On July 12, 2025, CMS terminated Richards in order to interfere with his ERISA welfare benefits.

## CLAIM FOR RELIEF
## ERISA § 510

17. As and for a claim for relief, Plaintiff re-asserts the allegations recited above in paragraphs 1-16, and fully incorporates those paragraphs herein by reference.

18. The allegations more particularly described above constituted violations of ERISA §510, [29 U.S.C. § 1140; 29 U.S.C. §1132(a)(1)(B)] when CMS discharged Richards' employment for exercising rights to which he was entitled under the provisions of the CMS health insurance plan and with the specific intent of interfering with Richards' exercise of his rights under the health insurance plan and ERISA, causing him to suffer expenses, a loss of income, and denial of plan benefits.

WHEREFORE Plaintiff demands relief as follows:

    A. Judgment against the above-named Defendant awarding Plaintiff damages equal to the amount of wages, employment benefits, and other compensation denied or lost by reason of the ERISA violations;

    B. judgment against the above-named Defendant awarding Plaintiff reinstatement and/or damages for monetary losses and expenses;

C. judgment against the above-named Defendant awarding Plaintiff costs, disbursements, prejudgment interest, actual attorney fees and expert witness fees incurred in prosecuting this claim, together with interest on said fees; and

D. such other relief as the Court deems just and equitable.

Dated this 24th day of September 2025.

*Electronically signed by Alan C. Olson*
Alan C. Olson, SBN: 1008953
Attorneys for Plaintiff
Alan C. Olson & Associates, S.C.
2880 S. Moorland Rd.
New Berlin, WI 53151
Telephone: (262) 785-9606
Fax: (262) 785-1324
Email: AOlson@Employee-Advocates.com